

**SIGNED THIS 23rd day of November, 2020**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| IN RE: | ) | |
| MAURIZIO AMATO | ) | CASE NO. 19-60187 |
| DEBTOR | ) | CHAPTER 13 |

**ORDER**

This matter came upon the Debtor's Amended Chapter 13 Plan and the trustee's motion to dismiss or convert. It appearing to the court proper to do so, it is hereby **ORDERED:**

1. __X__    The hearing on the Debtor's Amended Chapter 13 Plan and the Trustee's Motion to Dismiss are:

     __X__ (a)  **CONTINUED** to **February 11, 2021** at **9:30 a.m., via Zoom Video Conference, URL: https://vawb-uscourts-gov.zoomgov.com/j/1602625006 , Meeting ID: 160 262 5006.**

     _____ (b) **CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

2. __X__    This continuance is conditioned upon the debtor(s) keeping their plan payments current. Failure to do so results in dismissal on the continued hearing date or automatic dismissal without further notice or hearing twenty (20) days after the trustee's certification unless the debtor files a timely response to the certification.

3. \_\_\_\_    The debtor(s) shall have until _____ to bring plan payments current; otherwise, the case will be dismissed at the continued hearing date or will be automatically dismissed twenty (20) days after the trustee's certification that plan payments are delinquent unless the debtor(s) timely file a response to the certification.

4. \_\_\_\_\_    The hearing on confirmation, and any objections thereto, and the trustee's motion to dismiss/convert are continued to_____ at which time all the conditions marked with a "✓" on the attached Exhibit A must have been accomplished or the debtors shall appear at that time and show cause why the case should not be dismissed. Location:_____.

5. \_\_\_\_\_    Confirmation of the debtor(s)' existing Chapter 13 plan is **DENIED.**

6. \_\_\_\_\_    Debtor(s) shall have until _____ to file a modified plan.  Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed without further notice or hearing, unless on or before the due date for the modified plan counsel files a certification that there is no need to file a modified plan.

    Should a modified plan be timely filed, counsel shall serve it in accord with existing procedures and orders of this court; provided however, that no service shall be required as to any class of creditors not adversely affected by the amended plan, as certified in writing by counsel for the debtor(s) and endorsed as agreed by the trustee, which certification shall be filed with the Clerk no later than the date by which service of the modified plan is required to be made.  In all cases of plan modification, service shall be made upon any creditor who has any pending objection to confirmation or a specific request for notice.

7. \_\_\_\_\_    Counsel for the debtor(s) shall submit a wage deduction order or set up automatic trustee payments through the TFS system no later than _____ or the debtor(s) shall appear at the continued hearing date to show cause why no wage deduction order should be entered or why TFS payments are unnecessary.

8. _____    Should the trustee be prepared to recommend confirmation, she/he may submit a confirmation order for entry prior to the continued hearing provided there is no pending objection by a creditor to confirmation.

9. \_\_\_\_\_    Other provisions:

Debtors' counsel shall serve a copy of this order upon the Chapter 13 trustee and all creditors or their counsel who have filed objections, a motion to dismiss or convert, or an unresolved motion for relief from the automatic stay.

**\*\*END OF ORDER\*\***

I/We Ask For This:/Presented By:

/s/ Scott W. Carpenter

Attorney Name: Scott W. Carpenter, Esq.

Bar Number: 89057

Firm Name: New Day Legal, P.L.L.C.

Address: 98 Alexandria Pike, Suite 10,

Warrenton, VA 20186

Phone Number: 540-349-3232

Email Address: scott@newdaylegal.com

*Counsel for Debtor*


Seen and Agreed:

/s/ Herbert L. Beskin_____

Herbert L. Beskin, Chapter 13 Trustee